# United States Court of Appeals
## For the First Circuit

—————

No. 01-1542

ELIZABETH V. BOGOSIAN,

Plaintiff-Appellant/Cross-Appellee,

v.

WOLOOHOJIAN REALTY CORPORATION,

Defendant-Appellee/Cross-Appellant,


JAMES E. WOLOOHOJIAN, HARRY J. WOLOOHOJIAN,
PEZZUCO CONSTRUCTION CO., INC., CUMMINGS & LOCKWOOD,
AND TILLINGHAST, LICHT & SEMONOFF, ET AL.,

Appellees.

—————

No. 02-1196

ELIZABETH V. BOGOSIAN,

Plaintiff-Appellant/Cross-Appellee,

v.

WOLOOHOJIAN REALTY CORPORATION,

Defendant-Appellee/Cross-Appellant,


JAMES E. WOLOOHOJIAN, HARRY J. WOLOOHOJIAN,
PEZZUCO CONSTRUCTION CO., INC., CUMMINGS & LOCKWOOD,
AND TILLINGHAST, LICHT & SEMONOFF, ET AL.,

Appellees.

—————

02-1235

ELIZABETH V. BOGOSIAN,

Plaintiff-Appellant/Cross-Appellee,

v.

WOLOOHOJIAN REALTY CORPORATION,

Defendant-Appellee/Cross-Appellant,

JAMES E. WOLOOHOJIAN, HARRY J. WOLOOHOJIAN,
PEZZUCO CONSTRUCTION CO., INC., CUMMINGS & LOCKWOOD,
AND TILLINGHAST, LICHT & SEMONOFF, ET AL.,

Appellees.

_____

ERRATA SHEET

The opinion of this court issued March 19, 2003, should be amended as follows:

On page 12, line 22, "note 3" should be "note 4."